

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Julian Elijah Ramirez, Appellant

No. 06-24-00003-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 52947-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the fine of $1,527.77 and deleting the assessment of $765.00 in attorney fees, thereby reducing the "Reimbursement Fees" from $1,487.50 to $722.50. We modify the trial court's bill of costs by deleting the fine of $1,500.00, deleting the assessment of $765.00 in attorney fees, deleting the $15.00 time payment fee, and changing the "Total Costs" from $3,292.50 to $1,012.50. As modified, we affirm the judgment of the trial court.

We note that the appellant, Julian Elijah Ramirez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 16, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk